

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2022

No. 04-19-00737-CR, 04-19-00738-CR

Aidan **VITELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5942, 6023
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice
                 Lori I. Valenzuela, Justice

After this court requested a response to Appellant's second motion for rehearing, the State's response was due to be filed on February 24, 2022. On the due date, the State filed a motion for a thirty-day extension of time to file its response until March 28, 2022.

The State's motion is **granted in part**. The State must file its response with this court by March 17, 2022. *See* TEX. R. APP. P. 10.1(b).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court